IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Brian K. Strine
Brenda S. Strine

    Debtors

Case No. 1-24-bk-00269-HWV

Chapter 13

MOTION TO FURTHER EXTEND TIME
TO FILE ALL REMAINING DOCUMENTS

AND NOW, come the above Debtors, by their counsel, E. Haley Rohrbaugh Esquire and CGA Law Firm and files the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to further extend the time in which the Debtors must file all remaining documents.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on February 2, 2024.

3. Debtors are still gathering documents needed to complete their Petition, Plan, and statements.

4. The Debtors and counsel request a short further extension of thirty (30) days to finalize and file all remaining documents.

WHEREFORE, the Debtors request an extension of thirty (30) days in which to file all remaining documents.

        Respectfully submitted,
        CGA Law Firm

        By: */s/ E. Haley Rohrbaugh*
            E. Haley Rohrbaugh, Esquire
            Sup. Ct. ID No. 323803
            135 North George Street
            York, PA 17401-1282
            Telephone: 717-848-4900
            Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Brian K. Strine  
Brenda S. Strine  
     Debtors

Case No. 1-24-bk-00269-HWV

Chapter 13

### ORDER GRANTING MOTION TO FURTHER EXTEND TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Motion filed by the Debtors seeking to have the time in which to file all remaining documents further extended, it is hereby

ORDERED that the time within which the Debtors must file all remaining documents be extended an additional thirty (30) days, to March 16, 2024.

BY THE COURT,