IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Brian K. Strine<br>Brenda S. Strine | Case No. 1-24-bk-00269-HWV |
| Debtors | Chapter 13 |

## SECOND MOTION TO FURTHER EXTEND TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, come the above Debtors, by their counsel, E. Haley Rohrbaugh Esquire and CGA Law Firm and files the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to further extend the time in which the Debtors must file all remaining documents.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on February 2, 2024.

3. Because of the expedited filing of the within case and the complexities involved in the Debtor's specific circumstances, Counsel for Debtor previously requested an extension of time to prepare and file all requisite schedules, statements and Chapter 13 Plan, which request was granted by this Honorable Court by Order dated February 26, 2024.

4. Debtor has recently returned documents to counsel and while Debtor and counsel are in touch to attempt to finalize the petition and Schedules, the documents have not been finalized for filing.

5. The Debtors and counsel request a short further extension of thirty (30) days to finalize and file all remaining documents.

WHEREFORE, the Debtors request an extension of thirty (30) days in which to file all remaining documents.

                                                          Respectfully submitted,

CGA Law Firm

By: */s/ E. Haley Rohrbaugh* _____
    E. Haley Rohrbaugh, Esquire
    Sup. Ct. ID No. 323803
    135 North George Street
    York, PA 17401-1282
    Telephone: 717-848-4900
    Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Brian K. Strine  
Brenda S. Strine  
     Debtors

Case No. 1-24-bk-00269-HWV

Chapter 13

## ORDER GRANTING SECOND MOTION TO FURTHER EXTEND TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Motion filed by the Debtors seeking to have the time in which to file all remaining documents further extended, it is hereby

ORDERED that the time within which the Debtors must file all remaining documents be extended an additional thirty (30) days, to April 16, 2024.

                                        BY THE COURT,