UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN KEITH STRINE         :  CHAPTER 13
       BRENDA SUE STRINE       :
          Debtor               :
                                :
       JACK N. ZAHAROPOULOS   :
       STANDING CHAPTER 13 TRUSTEE  :
         Movant              :
                                  :
         vs.                 :
                                  :
       BRIAN KEITH STRINE         :
       BRENDA SUE STRINE       :
          Respondent          :  CASE NO.   1-24-bk-00269

<u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>

           AND NOW, this 23rd day of May, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

       1.   Failure to properly state the liquidation value in Section 1B of the Plan.

       2.   Statement of Social Security Numbers lists incorrect Social Security numbers for each Debtor.

       3.   The Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

         a.   The Plan is underfunded relative to claims to be paid – 100% Plan.

       4.   Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

         a.   The Debtors have not provided to the Trustee copies of 2023 Federal Income Tax returns as required by § 521(e)(2)(A).

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

WHEREFORE, Trustee alleges and avers that Debtor(s) Plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor(s) Plan.
b. Dismiss or convert Debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

2

<u>CERTIFICATE OF SERVICE</u>

       AND NOW, this 23rd day of May, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA    17401-

                                         /s/Tammy Life
                                         Office of Jack N. Zaharopoulos
                                         Standing Chapter 13 Trustee