# LOCAL BANKRUPTCY FORM 2016-2(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

Brian Keith Strine
Brenda Sue Strine

           **Debtor(s)**

: **CHAPTER 13**
:
: **CASE NO.** 1 - 24 -bk- 00269-HWV
:
:
:
:

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | | |
|---|---|---|
| 1. Amount agreed to by debtor | $ | |
| 2. Less amount paid to attorney prior to filing petition | $ | |
| 3. Balance of compensation to be paid through plan distributions | $ | 0.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ | |

| B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | | |
|---|---|---|
| 1. Retainer received | $ | 1,575.00 |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ | 1,225.00 |
| 3. Expenses reimbursed prepetition | $ | 350.00 |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ | 0.00 |
| 5. Compensation and expenses to be approved by the Court and to be paid through plan distributions, less balance in client trust account | $ | 3,500.00 |

| C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ | 3,500.00 |
|---|---|---|

Dated:      10/21/2024

/s/ E. Haley Rohrbaugh
_____
Attorney for Debtor